# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANNY JARVIS,

    Plaintiff,

vs.

NYE COUNTY, et al.,

    Defendants.

Case No. 2:13-cv-00394-APG-VCF

**ORDER**

Petitioner having submitted a motion for extension of time (#6) to pay the initial partial filing fee, and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (#6) is **GRANTED**. Petitioner shall have through July 5, 2013, to pay the initial partial filing fee.

DATED this 19th day of June, 2013.

                    ANDREW P. GORDON
                    United States District Judge