# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANNY JARVIS,

    Plaintiff,

vs.

NYE COUNTY, et al.,

    Defendants.

Case No. 2:13-cv-00394-APG-VCF

**O R D E R**

    The court found that the original complaint was defective, and the court gave plaintiff the opportunity to file an amended complaint that corrects the defects.  Order (Dkt. #10).  Plaintiff has not submitted an amended complaint within the allotted time.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** for failure to comply with the court's order and for failure to state a claim upon which relief can be granted.  The clerk of the court shall enter judgment accordingly.

    **IT IS FURTHER ORDERED** that an appeal from the judgment of this court would not be taken in good faith.

    Dated:    December 2, 2013.

_____
ANDREW P. GORDON
United States District Judge